UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXUM INDEMNITY COMPANY, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BALDWINDER KAUR, d/b/a SAFEWAY TRUCK DRIVING SCHOOL, et al.,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-01467-LJO-JLT<br><br>**ORDER DISCHARGIN ORDER TO SHOW CAUSE; ORDER GRANTING THE REQUEST FOR ADDITIONAL TIME TO SERVE PROCESS**<br>(Docs. 7, 10) |

Based on Maxum Insurance Company's Response to the Court's Order to Show Cause and Request for Enlargement of Time to Serve Certain Defendants (Doc. 10), the Court **ORDERS**:

1. The order to show cause is **DISCHARGED**:
2. Plaintiff's request for an extension of time to serve process is **GRANTED**.
3. Service **SHALL** be made **no later than March 16, 2018** on the Estate of Baljinder Singh, Gursharan Singh, as administrator of the Estate of Baljinder Singh, Paramjit Kaur, Onkar Transport, Inc, Onkar Trucking, Inc., Joshi Sangam, Nijjar Transport, Inc, and Sky Transportation;
4. In the event service cannot be made, Plaintiff **SHALL** file a request to serve by publication no later than **March 23, 2018**;

///

1     5. The Scheduling Conference is continued to **April 13, 2018** at 8:30 a.m.

IT IS SO ORDERED.

   Dated:   **January 30, 2018**           **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE