1
2
3
4
5
6
7
8      **UNITED STATES DISTRICT COURT**
9      **EASTERN DISTRICT OF CALIFORNIA**
10
11   MAXUM INDEMNITY COMPANY,        ) Case No.: 1:17-cv-01467 LJO  JLT
                                     )
12              Plaintiffs,          )
                                     ) ORDER VACATING MID-DISCOVERY STATUS
13      v.                           ) CONFERENCE; ORDER TO BLAWINDER KAUR
                                     ) TO SHOW CAUSE WHY SANCTIONS SHOULD
14   BALWINDER KAUR, d/b/a SAFEWAY   ) NOT BE IMPOSED FOR HIS FAILURE TO
     TRUCK DRIVING SCHOOL, et al.,   ) COMPLY WITH THE COURT'S ORDERS
15                                   )
                Defendants.          )
16   _____    )

17          On April 13, 2018, the Court issued the scheduling order.  (Doc. 32) This required the parties

18   to make their initials disclosures by May 11, 2018. Id. at 3.  The parties, except for Balwinder Kaur

19   have complied.  (Doc. 43 at 1) The parties report that some discovery has occurred and Maxum has

20   served copies of its proposed statement of undisputed facts related to its intended dispositive motion.

21   Id. at 2.  Therefore, the Court **ORDERS**,

22          1.      The mid-discovery status conference, set on August 10, 2018, is **VACATED**;

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

2.     __No later than August 27, 2018__, Balwinder Kaur **SHALL** show cause in writing why sanctions should not be imposed for his failure to serve his initial disclosures as ordered by the Court[1]. Mr. Balwinder is advised that if he fails to comply with this order, the Court will impose sanctions up to and including an order striking his answer and entering default against him.

IT IS SO ORDERED.

Dated:   __August 9, 2018__                        _____**/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] The fact that he is representing himself is not an excuse for his failure to comply with the Court's orders.