# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAXUM INDEMNITY COMPANY,** | 1:17-cv-01467-LJO-JLT |
| **Plaintiff,** | **JUDGMENT** |
| v. | |
| **BALDWINDER KAUR, d/b/a SAFEWAY TRUCK DRIVING SCHOOL, et al.,** | |
| **Defendants.** | |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Maxum Indemnity Company ("Maxum"), having prevailed upon summary judgment (ECF No. 55), is entitled to a declaration as set forth in its Complaint (ECF No. 1), Counts I and II:

    a. Maxum has no duty to defend Baldwinder Kaur, d/b/a Safeway Truck Driving School in connection with the Complaint for Damages and Demand for Jury Trial filed by the Estate of Baljinder Singh and others in the lawsuit in the Superior Court of the State of California, in the County of San Bernardino entitled *Estate of Singh, et al. v. Onkar Transport, Inc., et al.*, case No. CIVDS 1700068 (the "Underlying Action") under Maxum's policy number BDG-0064064-04;

    b. Maxum has no duty to indemnify Baldwinder Kaur, d/b/a Safeway Truck Driving School in connection with the Underlying Action under Maxum's policy number BDG-0064064-04; and

    c. Maxum may withdraw from the defense of Baldwinder Kaur, d/b/a Safeway Truck Driving School in the Underlying Action.

2. Therefore, JUDGMENT is hereby entered against the defendants, Baldwinder Kaur, doing business as Safeway Truck Driving School; The Estate of Baljinder Singh; Gursharan Singh, as administrator of the Estate of Baljinder Singh; Paramjit Kaur; Onkar Transport, Inc., erroneously sued as Onkar Trucking, Inc.; Joshi Sangam; Nijjar Transport, Inc.; Bristow Logistics, Inc.; and Sky Transportation.

3. The Court awards costs to Maxum and against Sky Transport, against whom default was previously entered (ECF Nos. 37 and 61), in the amount of $118.00.

4. The Court awards costs to Maxum and against defendants, Baldwinder Kaur, doing business as Safeway Truck Driving School; The Estate of Baljinder Singh; Gursharan Singh, as administrator of the Estate of Baljinder Singh; Paramjit Kaur; Onkar Transport, Inc., erroneously sued as Onkar Trucking, Inc.; Joshi Sangam; Nijjar Transport, Inc.; Bristow Logistics, Inc.; and Sky Transportation, in the amount of $400.00.

5. This Court retains jurisdiction over any matter pertaining to this judgment.

6. The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: **January 15, 2019**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE